IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

T. PETER TAGUE, et al.         :        CIVIL ACTION
                               :
    v.                         :
                               :        NO. 08-4943
AMERILIST, INC., et al.        :

**MEMORANDUM AND ORDER**

On July 14, 2010, the undersigned issued an Order scheduling a settlement conference in the above-captioned matter for September 21, 2010.

As is the Court's usual practice, this order required each party, together with counsel, to appear in person. On July 26, 2010, counsel for plaintiff requested that her client not be required to attend the conference in person. Counsel correctly informed the Court that the current controversy involves only counsel's request for legal fees and costs incurred in connection with prior contempt proceedings.

On August 2, 2010, defendants, Amerilist, Inc., and Ravi Buckredan, opposed plaintiff's request, and asked that the Court require the plaintiff to appear in person.

The Court notes that this is a class action, and the plaintiff, T. Peter Tague, is merely the class representative. The Court also notes that Mr. Buckredan is representing both himself and his company.

If Mr. Buckredan had counsel in this matter, the Court would be willing to allow both Mr. Buckredan and Dr. Tague to appear by telephone.

However, since there is no counsel representing either defendant, Mr. Buckredan must appear in person. The Court will, however, grant plaintiff's request that he not be required to appear.