IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| T. PETER TAGUE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-4943 |
| AMERILIST, INC., et al. | : | |

**O R D E R**

AND NOW, this 12th day of August, 2010, IT IS HEREBY ORDERED that the Court's July 14, 2010, Settlement Conference Order is AMENDED. The plaintiff, T. Peter Tague, is permitted to attend the September 21, 2010, Settlement Conference by telephone.

BY THE COURT:

/s/Jacob P. Hart

_____
JACOB P. HART, M.J.