IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. PETER TAGUE, DC<br><br>On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERILIST, INC.<br>and<br>RAVI BUCKREDAN, President,<br><br>Defendants. | C.A. NO. 08-04943-RB<br><br>CLASS ACTION |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff T. Peter Tague, DC, by his undersigned counsel, and Defendants Amerlist, Inc. and Ravi Buckredan, individually and as President and Chief Executive Officer of Amerilist, Inc., hereby stipulate to the dismissal of this action, with prejudice as to the individual claims of T. Peter Tague and without prejudice as to the claims of the putative class members, if any.

| | |
|---|---|
| AMERILIST, INC.<br>RAVI BUCKREDAN<br><br>By: /s/ Ravi Buckredan<br>Ravi Buckredan, President<br>Amerlist, Inc.<br>978 Route 45, Suite L2<br>Pomona, New York 10970<br><br>*[signature]*<br>Defendants Pro Se | CALDWELL LAW OFFICE LLC<br><br>*[signature]*<br><br>By: /s/ Ann M. Caldwell<br>Ann M. Caldwell<br>108 W. Willow Grove Ave.<br>Suite 300<br>Philadelphia, PA 19118<br>(215) 248-2030<br><br>Counsel for Plaintiff T. Peter Tague DC |

EXHIBIT "A" TO SETTLEMENT AGREEMENT